# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | November 20, 2009 |
| **Bankruptcy Case** | 05 B 61538 | **Adversary No.** | 09 A 31 |

**Brief Statement of Motion**

Hasan M. Elkhatib

Elkhatib v. Zahran

Order denying motion for judgment on the pleadings

and dismissing complaint without prejudice

**Names and Addresses of moving counsel**

**Representing**

## ORDER

For the reasons stated on the record, plaintiff's motion for judgment on the pleadings is denied, and the complaint is dismissed on the court's own motion for failure to state a claim, without prejudice to the plaintiff's right either to amend the complaint or voluntarily to dismiss the action and proceed by way of a motion for rule to show cause. This matter is set for a status hearing on December 11, 2009 at 2 p.m.

*[Signature]*