# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | December 11, 2009 |
| **Bankruptcy Case** | 05 B 61538 | **Adversary No.** | 09 A 00031 |
| **Title of Case** | Hasan M. Elkhatib v. Robin Zahran and Karen Zahran | | |

**Brief Statement of Motion**: Plaintiff's oral motion to dismiss adversary proceeding

**Names and Addresses of moving counsel**:

**Representing**:

## ORDER

On the plaintiff's oral motion, adversary proceeding case number 09A00031, Hasan M. Elkhatib v. Robin and Karen Zahran, is dismissed without prejudice.

*[signed]*